Order entered January 15, 2013



In The
# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-13-00003-CV

IN RE CONNECT MERCHANT PAYMENT SERVICES, INC., Relator

**On Original Proceeding from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-00481**

## ORDER

Before Justices Moseley, Francis, and Fillmore

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We further **DENY** relator's January 3, 2013 motion for emergency stay. We **ORDER** that relator bear the costs of this original proceeding.

/s/     MOLLY FRANCIS
         JUSTICE